# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAZLEEN GAMBOA,
                  Appellant,

vs.

JOSE GAMBOA,
                  Respondent.

No. 83671

**FILED**

MAY 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Mary D. Perry, District Judge, Family Court Division
        Israel Kunin, Settlement Judge
        Jazleen Gamboa
        Gregory Gordon Law, PC
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

22-15889